IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE STEM, INC. DERIVATIVE LITIGATION | ) ) ) ) ) | C.A. No. 23-1011-MN (Consolidated) |

## ORDER

At Wilmington this 24th day of March, 2025:

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1.      The Report and Recommendation (D.I. 73) is ADOPTED;

2.      The Individual Defendants' motion to dismiss (D.I. 42) the First Claim of the Operative Complaint (D.I. 34) for failure to state a claim is GRANTED;

3.      Stem, Inc.'s Motion to Dismiss (D.I. 40) the Second through Ninth Claims is GRANTED, in that the Seventh and Eight Claims are DISMISSED WITH PREJUDICE, and the Second, Third, Fourth, Fifth, Sixth, and Ninth Claims are DISMISSED WITHOUT PREJUDICE; and

4.      Potential Intervenor Edward Manetta's Motion to Intervene (D.I. 48) is DENIED as MOOT.

5.      Plaintiffs shall have thirty (30) days to file an Amended Complaint.

_____
The Honorable Maryellen Noreika
United States District Judge